# PROCEEDING MEMO
## HONORABLE RICHARD L. SPEER

In Re:

Jonathan Everett Hibler ✓

    Debtor(s)          Case No.    09-38748

**NATURE OF PROCEEDING:**    Hearing on US Trustee's Motion to Review Attorney Fees, Order Fees Returned to Debtor, Cancel Fee Agreement and Revoke Counsel's CM/ECF Privileges

APPEARANCES:
Roger Stark, Attorney for Debtor — NO APPEARANCE
~~Lenore Kleinman~~, Attorney for US Trustee ✓
Scott Belhorn

DECISION OF COURT:

- [x] HEARING HELD
- [ ] HEARING NOT HELD
- [ ] MOTION TO CONTINUE FILED / F/C in _____ days
- [x] ENTRY F/C __5__ days
- [ ] STATUS REPORT F/C _____ days
- [ ] OBJ/MOTION TO BE W/D F/C _____ days

- [ ] GRANTED
- [ ] DENIED
- [ ] DISMISSED
- [ ] CONT. FURTHER ORDER OF THE COURT

- [ ] APPROVED
- [ ] SUSTAINED
- [ ] OVERRULED
- [ ] TAKEN UNDER ADVISEMENT
- [ ] DECISIONAL

COMMENTS OF COURT:
_____
_____
_____

DATED: **Friday, August 20, 2010**